AUSA:          Tara Hindelang          Telephone:  (313) 226-9543

AO 91 (Rev. 11/11)  Criminal Complaint          Task Force Officer:    James Reeves, ATF          Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America

v.

Billy Wayne STREET

Case: 2:24−mj−30194
Assigned To : Unassigned
Assign. Date : 5/20/2024
CMP: USA v STREET (MAW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 25, 2024 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*James Reeves*
_____
*Complainant's signature*

James Reeves, Task Force Officer (ATF)
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Elizabeth A. Stafford*
_____
*Judge's signature*

Date:  May 20, 2024

City and state:  Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Task Force Officer James Reeves, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a police officer with the City of Detroit and have been a member of the Detroit Police Department (DPD) since February 2019. I became a member of the Detroit Police Department's Firearms Investigation Team (FIT) in May 2023. I am a Task Force Officer (TFO) sworn and deputized by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in 18 U.S.C. § 2516. Throughout my career as a DPD Police Officer and ATF Task Force Officer, I have participated in investigations involving narcotics and firearms, as well as numerous investigations that resulted in the execution of search and arrest warrants. Due to my investigative experience, I have become familiar with common patterns of behavior associated with drug trafficking and firearms violations.

2.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal

knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

## PROBABLE CAUSE

3.      ATF is currently conducting a criminal investigation concerning Billy Wayne STREET for a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

4.      On April 25, 2024, around 5:06 p.m., a Michigan Department of Corrections (MDOC) agent, who was conducting surveillance on STREET, told DPD dispatch that STREET was wanted for a parole violation and that he was driving a blue Chevy Silverado north bound on Evergreen Road, from Joy Road, in Detroit. DPD dispatch relayed this information to DPD patrol officers.

5.      Consistent with dispatch's description, officers found the blue Chevy Silverado traveling north on Evergreen. Officers positioned their vehicle behind the Silverado, activating their lights, and conducted a traffic stop. Officers approached the driver's and passenger's sides of the vehicle. Inside the Silverado, there was a female passenger, and a female backseat passenger. Officers told the front and rear passengers to exit the vehicle and stand near the Silverado. STREET

was identified as the driver of the Silverado. Officers found and seized a Glock

43X handgun in the front seat passenger's hoodie pocket. The firearm also

contained a loaded magazine. Although she said she had a license, records showed

officers that the front seat passenger was disqualified from carrying a concealed

weapon.

6.     From the passenger side, one officer saw a bulge underneath

STREET's shirt. The officer advised her partner, who then located an empty inner-

waistband holster on STREET, which was recovered and placed on evidence.

While detaining STREET, officers asked about the whereabouts of the firearm.

STREET stated that he did not know where the firearm is and that it's not his.

Officers continued their investigation and located a black Girsan Regard six 9mm

handgun lying underneath of the front passenger seat in plain view. This handgun

contained a magazine with live rounds. The handgun was recovered and placed on

evidence.

7.     Additional officers arrived on scene to assist, and STREET was

placed under arrest for his parole violation and carrying a concealed weapon.

STREET was transported to the Detroit Detention Center without incident. The

front passenger was also placed under arrest and transported to the Detroit

Detention Center for carrying a concealed weapon.

8.     I reviewed a computerized criminal history and Michigan Third Circuit Court Records for STREET, which revealed the following felony convictions:

A.     On June 27, 2008, STREET pled guilty to being a felon in possession of a firearm in Michigan's Third Circuit Court.

B.     On March 16, 2010, Street pleaded no contest to one count of assault with a dangerous weapon.

C.     On March 16, 2010, STREET pleaded guilty to one felony count of motor vehicle-intent to pass false title, receiving and concealing a stolen motor vehicle, and forgery of license documents in Michigan's Sixth Circuit Court.

D.     On November 7, 2018, STREET was sentenced for a federal felony conviction of transmitting threats in interstate commerce.

E.     On December 6, 2018, STREET pleaded no contest to arson-preparation to burn real property.

## **CONCLUSION**

9.     Based on the above facts, there is probable cause to believe that on April 25, 2024, while in the Eastern District of Michigan, Billy Wayne STREET, a convicted felon, was in possession of black Girsan Regard six 9mm handgun, in violation of 18 U.S.C. § 922(g)(1) felon in possession of a firearm.

4

Respectfully submitted,

James Reeves
Task Force Officer
Bureau of Alcohol, Tobacco,
    Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: May 20, 2024

5